UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STANLEY JAY RUNION,

                     Petitioner,

   v.

SCOTT SPEER,

                     Respondent.

Case No. C25-446-LK-SKV

REPORT AND RECOMMENDATION

      Petitioner Stanley Runion is currently confined at the Stafford Creek Corrections Center in Aberdeen, Washington. On March 12, 2025, Petitioner submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging a 1989 judgment and sentence of the King County Superior Court. *See* Dkt. 1-1 at 1. Petitioner submitted with his petition an application to proceed with this action *in forma pauperis* ("IFP"). Dkt. 1. However, Petitioner failed to provide a prison trust account statement showing transactions for the six months immediately preceding the filing of this action as required by 28 U.S.C. § 1915(b).[1] The Clerk therefore sent Petitioner a letter advising him that his submission was deficient and that he

---

[1] Petitioner included a prison trust account statement with his materials, but that statement shows transactions for the period September 30, 2023 to March 31, 2024, which clearly does not comply with the requirements of § 1915(b). *See* Dkt. 1-11.

REPORT AND RECOMMENDATION
PAGE - 1

would have to correct the deficiency not later than April 18, 2025, or face dismissal of this action. *See* Dkt. 4. To date Petitioner has not responded in any fashion to the Clerk's deficiency letter.

As Petitioner has had ample time to correct the deficiency in his IFP application but has failed to do so, this Court recommends the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 29, 2025**.

DATED this 8th day of May, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2